TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00566-CV

In the Matter of D. G.

FROM THE COUNTY COURT AT LAW OF CALDWELL COUNTY

NO. 710-96CC, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING 

PER CURIAM

 Appellant is a non-indigent juvenile who was sentenced to one year of probation. 
He filed a notice of appeal July 17, 1997. The appellate filing fees in this case have never been
paid, nor has a reporter's record been filed. The Clerk of this Court received a copy of
correspondence from the court reporter to appellant setting out the fee required for preparation of
the reporter's record, apprising him of the filing deadline and giving him the estimated time
needed to complete the record. See Tex. R. App. P. 35.3(b)(3) (party requesting record must pay
or make payment arrangements unless entitled to appeal without paying the fee; appellant is not
entitled to appeal without paying). Appellant has never tendered a brief or motion for extension
of time to file a brief. See Tex. R. App. P. 38.6(a), (d). Appellant has been notified by letter of
the deficiencies, told the appeal would be dismissed unless the deficiencies were cured, and has
not responded. All parties have had more than ten days notice; no one has responded. See Tex.
R. App. P. 42.3. The appeal is dismissed for want of prosecution. See Tex. R. App. P.
38.8(a)(1), 42.3(b).

Before Chief Justice Yeakel, Justices Jones and Smith

Appeal Dismissed for Want of Prosecution

Filed: October 1, 1998

Do Not Publish